Judy Mata, CSR, Official Court Reporter

438th District Court

Bexar County Courthouse

100 Dolorosa, 4th Floor

San Antonio, Texas 78205

(210) 335-1531    judy.mata@bexar.org

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

8/7/2015 10:24:11 AM

KEITH E. HOTTLE
Clerk

August 7, 2015

RE:  Court of Appeals Number:  04-15-00436-CV
   Trial Court Cause No. 2008-CI-02799
   Style:  Robert Overby, et al vs. Bryan Smith, d/b/a Vision Design and Build

Honorable Justices,

Due to my caseload, I would respectfully request a 30-day extension in order to complete and file the above-referenced record.

Thank you for your time and attention to this matter.

Very Truly Yours,

Judy Mata, CSR, Official Court Reporter
438th District Court
100 Dolorosa, 4th Floor
San Antonio, Texas 78205
(210)335-1531